UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. FORDLEY, | No. 2:16-cv-1985-MCE-EFB P |
| Plaintiff, | |
| v. | ORDER |
| JOE LIZARRAGA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The United States Marshal has returned process directed to defendant Moore, noting that "Officer Moore is deceased,"[1] and to defendant Andrea, noting that "per CDCR, [there is] no officer Andrea." ECF No. 14. Therefore, plaintiff must provide new information about how to effect service of process. Plaintiff must proceed with haste because Fed. R. Civ. P. 4(m) requires that an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is unreasonably denied or delayed, plaintiff may seek judicial intervention.

---

[1] No party has filed a formal statement noting death in accordance with Rule 25 of the Federal Rules of Civil Procedure, which establishes the procedure to be followed if a party dies during the pendency of an action. *See* Fed. R. Civ. P. 25; *Barlow v. Ground*, 39 F.3d 231, 233 (9th Cir. 1994).

1

1       Accordingly, it is ORDERED that:

2       1.  The Clerk of the Court shall mail plaintiff two forms USM-285.

3       2.  Within 30 days from the date this order is served, plaintiff may submit the attached Notice of Submission of Documents with the completed forms USM-285 providing new instructions for service of process upon defendants Moore and Andrea.

3.  Failure to comply with this order or to show good cause for such failure will result in a recommendation that this action be dismissed as to defendants Moore and/or Andrea.

Dated:  November 30, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. FORDLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOE LIZARRAGA, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-1985-MCE-EFB P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

 Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

　　　　 __2__　　　　　　completed USM-285 forms

DATED:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Plaintiff

3