IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**JOHN FREDRICK FORDLEY,**

Plaintiff,

**v.**

**JOE LIZARRAGA, et al.,**

Defendants.

Case No. 2:16-cv-01985 EFB (PC)

**[PROPOSED] ORDER**

Good cause having been shown, the discovery deadline in this matter, currently set for February 16, 2018, and the dispositive motion deadline, currently set for April 13, 2018, are VACATED.

**IT IS SO ORDERED.**

Dated: February 8, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE