UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FREDERICK FORDLEY,<br><br>  Plaintiff,<br><br>  v.<br><br>JOE LIZARRAGA, et al.,<br><br>  Defendants. | No. 2:16-cv-1985-MCE-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in these actions brought pursuant to 42 U.S.C. § 1983. He has requested a temporary restraining order in another case (E.D. Cal. Case No. 2:16-cv-01387). He did not file the motion in this action. Yet, he filed his reply to defendants' opposition to the motion in both this action and Case No. 2:16-cv-01387. As there is no pending motion for temporary restraining order in this action, the reply brief (ECF No. 80) is stricken.

So ordered.

DATED: June 6, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE