UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FREDERICK FORDLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>JOE LIZARRAGA, et al.,<br><br>    Defendants. | No. 2:16-cv-1387-JAM-EFB P<br>No. 2:16-cv-1985-MCE-EFB P<br><br><u>ORDER</u> |

Plaintiff is a state prisoner proceeding without counsel in these actions brought pursuant to 42 U.S.C. § 1983. On May 3, 2018, the undersigned issued findings and recommendations in Case No. 2:16-cv-01387 recommending that defendants' motion for summary judgment be granted. The same day, the undersigned issued findings and recommendations in Case No. 2:16-cv-01985 recommending that defendants' motion for summary judgment be granted in part and denied in part. Plaintiff was granted 14 days to file objections to both findings and recommendations. He did not do so. On May 31, 2018, plaintiff filed a notice to the court stating that he had not received the findings and recommendations and only learned of them on May 25, 2018 after contacting the court. In light of that filing, the court will extend the period of time for plaintiff to object.

/////

/////

1

Accordingly, it is hereby ORDERED that:

1. Plaintiff shall have 14 days from the service of this order to file objections to the May 3, 2018 findings and recommendations in Case Nos. 2:16-cv-01387 and 2:16-cv-01985.

2. The Clerk of Court shall serve a courtesy copy of the May 3, 2018 findings and recommendations in both cases on plaintiff along with this order at his address of record at Mule Creek State Prison and additionally to his former address:

John Frederick Fordley
AS-6507
R.J. Donovan Correctional Facility (480)
480 Alta Road
San Diego, CA 92179

DATED: June 14, 2018.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE