UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FREDERICK FORDLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOE LIZARRAGA, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-1985-MCE-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel this action brought pursuant to 42 U.S.C. § 1983. On May 3, 2018, the undersigned issued findings and recommendations recommending that the district judge provide plaintiff with 45 days to file a supplemental opposition to defendants' pending motion for summary judgment (ECF No. 46). ECF No. 75. Plaintiff has filed a motion for extension of time to file such supplemental opposition, arguing that he did not receive the findings and recommendations until July 17, 2018. ECF No. 87.

The district judge has not issued an order adopting or declining to adopt the May 3rd findings and recommendations at this time. Thus, no order has issued requiring plaintiff to file a supplemental opposition. If the district judge adopts the findings and recommendations, plaintiff will have 45 days *from the date of the order adopting the findings and recommendations* to provide the court with his supplemental opposition.

/////

1

As there is no pending deadline in the case, plaintiff's July 23, 2018 motion for extension of time (ECF No. 87) is denied as moot.

So ordered.

DATED: July 30, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE