UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FREDERICK FORDLEY,<br><br>Plaintiff,<br><br>v.<br><br>JOE LIZARRAGA, et al.,<br><br>Defendants. | No. 2:16-cv-1985-MCE-EFB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 3, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 75. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 3, 2018, ECF No. 75, are ADOPTED IN FULL.

2. Within 45 days from the date of electronic filing of this order, Plaintiff is directed to file a supplemental opposition to the motion for summary judgment, including all evidence he wishes to present to show that he filed a grievance concerning the claims in this action in March 2016.

3. Defendants are granted 21 days after the filing of Plaintiff's supplemental opposition to file a supplemental reply.

4. Plaintiff is directed to inform the court within 21 days of the date of electronic filing of this order if he cannot access his legal materials or otherwise prepare the supplemental opposition ordered by the Court.

5. Defendants' November 7, 2017 motion for summary judgment, ECF No. 46, is GRANTED in part as to Plaintiff's claims that Defendants Watson, Winkfield, and Garcia provided him with razor blades on May 5 and 6, 2016 and encouraged him to commit suicide, and such claims are DISMISSED without prejudice for failure to exhaust administrative remedies.

6. Consideration of the remainder of Defendant's November 7, 2017 motion for summary judgment is deferred pending receipt of the supplemental briefing.

IT IS SO ORDERED.

Dated: July 30, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE