**FILED**

APR 0 8 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1. John Fredrick Fordley
2. CDCR # AS6507
3. Richard J. Donovan Corr. Fac.
4. 480 Alta Rd
5. San Diego, California 92179

United States District Court(s)
Eastern District of California

| John Fredrick Fordley | Case No: 2:16-CV-01985-MCE-EFB |
| Plaintiff | |
| vs. | Notice of Appeal |
| Joe Lizarraga, et al., | |
| Defendant(s) | |

Notice is hereby given that John Fredrick Fordley, Plaintiff in the above mentioned case, hereby appeals to the United States Court of Appeals controlling circuit, from the final judgement entered on March 21st 2019, from an order - dismissing action due to failure to exhaust administrative remedies, even after proving without a doubt that they held such filing for 44 days denying me access to the appeals office. Appeal notice is given on action entered on the 21st day of March, 2019.

Dated: April 2nd 2019
cc: Personal File

John Fordley
CDCR # AS6507

1. JOHN FREDRICK FONDEY
2. CDCR # AS6507
3. RICHARD J. DONOVAN CORRECTIONAL FACILITY
4. (480) ALTA ROAD
5. SAN DIEGO, CALIFORNIA # 92179

ATTN: CLERK OF THE COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
501 I STREET
SUITE # 4-200
SACRAMENTO CALIFORNIA # 95814